UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AMADEO CABALLERO, | |
|---|---|
| Plaintiff, | Case No. 13-cv-05756-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| THANH DOAN, et al., | |
| Defendants. | |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Motion to Dismiss is set for 06/19/2014 at 9:00 AM.

IT IS FURTHER ORDERED THAT the clerk is to send notice of the 06/19/2014 Motion to Dismiss hearing to Plaintiff in Pro-Se by certified mail.

IT IS FURTHER ORDERED THAT the Motion to Dismiss hearing will be vacated and deemed submitted without the need for oral agreement unless the court received a written request by the Plaintiff at least ten (10) days in advance of the 06/19/2014 hearing date, requesting a hearing.

IT IS FURTHER ORDERED THAT the parties may appear by Courtcall at the Motion to Dismiss hearing set for 06/19/2014 without further approval of the court.

Dated:  May 08, 2014

_____
BETH LABSON FREEMAN
United States District Judge